United States District Court
for the
Southern District of Florida

| Ayanle Abdullah Ahmed, Petitioner, | ) | |
|---|---|---|
| v. | ) | |
| | ) | Civil Action No. 17-24414-Civ-Scola |
| Jeff Sessions as Attorney General of the United States and others, Respondents. | ) ) ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On January 30, 2018, Judge White issued a report, recommending that the Court deny the Petitioner Ayanle Abdullah Ahmed's petition for writ of habeas corpus under 28 U.S.C. §§ 2241–43. (Report of Magistrate, ECF No. 10.) The Respondents have filed a motion to dismiss, notifying the Court that Ahmed has been released pending his removal from the United States. (Defs.' Mot., ECF No. 8.) Ahmed has not filed objections to the report nor has he responded to the motion, and the time to do so has passed. At the same time, the Court notes the Clerk has filed a notice of undeliverable mail so it is possible that Ahmed may be unaware that his objections are overdue.

The Court has nonetheless considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling: because Ahmed has been released, his petition is moot. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 10**) and **grants** the Respondents' motion to dismiss (**ECF No. 8**). The Court dismisses Ahmed's federal habeas corpus petition (ECF No. 1). Finally, the Court directs the Clerk to close this case and deny any pending motions as moot.

**Done and ordered**, at Miami, Florida, on February 23, 2018.

Robert N. Scola, Jr.
United States District Judge